In the Matter of EDWARD F. TORMEY et al., Appellants, against FIORELLO H. LAGUARDIA et al., Respondents.

Submitted January 3, 1939; decided January 5, 1939.

Motion to amend remittitur denied. Upon the record before us we decided that petitioners were entitled to receive, during the period from July 1, 1937, to August 15, 1937, that being the period embraced within the claims filed with the comptroller, at least the per diem salary received at or immediately preceding the date on which their names were placed on the preferred list. The record did not disclose that they were working on an hourly basis. (See 278 N. Y. 450.)